UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL F. GARCIA,<br><br>　　　　Petitioner,<br><br>　v.<br><br>DAVID BAUGHMAN,<br><br>　　　　Respondent. | No. 2:17-cv-2529 TLN KJN P<br><br><br>ORDER |

Petitioner has requested an extension of time to file an opposition to respondent's motion to dismiss. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for an extension of time (ECF No. 12) is granted; and

2. Petitioner shall file an opposition on or before May 10, 2018. Respondent's reply shall be filed fourteen days thereafter.

Dated: March 21, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/garc2529.111

1